IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNSTON JEWELERS, INC.
A Domestic Corporation,

Plaintiff,

CASE NO.: 8:20-cv-02617-MSS-TGW

v.

JEWELERS MUTUAL INSURANCE COMPANY, S.I.
A Foreign Corporation,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

COME NOW the Plaintiff, JOHNSTON JEWELERS, INC, and the Defendant, JEWELERS MUTUAL INSURANCE COMPANY, S.I., by and through their respective counsel, and stipulate that in accordance with the Federal Rules, and upon agreement between Plaintiff and Defendant, the above referenced action should be dismissed without prejudice

Dated: June 1, 2021

[signature]
RONALD S. HAYNES, ESQ.
FLORIDA BAR # 153052
CHRISTOPHER LIGORI & ASSOCIATES
117 S. Willow Ave.
Tampa, FL 33606
Service Email:
Pleadings@Ligorilaw.com
(813) 223-2929: Telephone
(813) 251-6853: Facsimile
Attorney for Plaintiff

Dated: June 1, 2021

[signature]
WILLIAM R. LEWIS, ESQ.
Florida Bar No.: 0879827
wlewis@butler.legal
Secondary: hkerr@butler.legal
bbroderick@butler.legal
400 N. Ashley Drive, Suite 2300 Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Attorneys for: Defendant, Jewelers Mutual Insurance Company